AO 91 (Rev. 11/11) Criminal Complaint

| AUSA: | Kathryn Boyles | Telephone: (313) 226-9100 |
|---|---|---|
| Officer: | Jeremy J. Ferguson | Telephone: (313) 505-3358 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Juan Carlos CHAVEZ VALDOVINOS

Case No.

Case: 2:25−mj−30044
Assigned To : Unassigned
Assign. Date : 2/6/2025
Description: RE: JUAN CARLOS CHAVEZ VALDOVINOS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Unlawful Reentry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about February 2, 2025, in the Eastern District of Michigan, Southern Division, Juan Carlos CHAVEZ VALDOVINOS, an alien who had previously been removed from the United States on or about February 26, 2014 at or near Andrade, California, was thereafter found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeremy J. Ferguson, Enforcement Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __February 6, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jeremy J. Ferguson, declare the following under penalty of perjury:

1. I am an Enforcement Officer employed with United States Customs and Border Protection (CBP) within the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity for over twenty-one years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the reentry of removed noncitizens, and I have received extensive training in this area.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Juan Carlos CHAVEZ VALDOVINOS, a native and citizen of Mexico, for a violation of Title 8, United States Code, Section 1326(a), Unlawful Reentry Following Removal from the United States.

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include other immigration officials, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to CHAVEZ VALDOVINOS. I have not included every fact known to law enforcement related to this investigation.

## PROBABLE CAUSE

4. CHAVEZ VALDOVINOS is a 44-year-old native and citizen of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On or about May 9, 1999, United States Border Patrol arrested CHAVEZ VALDOVINOS near Wellton, Arizona after he entered the United States without having been inspected and admitted. CHAVEZ VALDOVINOS provided immigration authorities with the name "Edgar Peredez Fuente" and was voluntarily returned to Mexico the same day under that name.

6. On October 17, 1999, United States Border Patrol arrested CHAVEZ VALDOVINOS near San Luis, Arizona after he entered the United States

1

without having been inspected and admitted. CHAVEZ VALDOVINOS provided immigration authorities with the name "Edgar Paredes Fuentes" and was voluntarily returned to Mexico the same day under that name.

7. On November 16, 1999, United States Border Patrol arrested CHAVEZ VALDOVINOS near San Luis, Arizona after he entered the United States without having been inspected and admitted. CHAVEZ VALDOVINOS provided immigration authorities with the name "Edgar Paredes Fuentes" and was voluntarily returned to Mexico the same day under that name.

8. On November 27, 1999, at 4:30PM, United States Border Patrol arrested CHAVEZ VALDOVINOS near San Luis, Arizona after he entered the United States without having been inspected and admitted. CHAVEZ VALDOVINOS provided immigration authorities with the name "Edgar Paredes Fuentes" and was voluntarily returned to Mexico the same day under that name.

9. On November 27, 1999, at 10:30PM, United States Border Patrol arrested CHAVEZ VALDOVINOS near San Luis, Arizona after he entered the United States without having been inspected and admitted. CHAVEZ VALDOVINOS provided immigration authorities with the name "Edgar Paredes Fuentes" and was voluntarily returned to Mexico the same day under that name.

10. On or about December 3, 1999, United States Border Patrol arrested CHAVEZ VALDOVINOS near San Luis, Arizona after he entered the United States without having been inspected and admitted. CHAVEZ VALDOVINOS provided immigration authorities with the name "Edgar Peredez Fuentes" and was voluntarily returned to Mexico the same day under that name.

11. On or about February 11, 2006, United States Border Patrol arrested CHAVEZ VALDOVINOS near Nogales, Arizona after he entered the United States without having been inspected and admitted. CHAVEZ VALDOVINOS provided immigration authorities with the name "Edgar Bareres Fuentes" and was voluntarily returned to Mexico the same day under that name.

12. On or about September 29, 2009, United States Border Patrol arrested CHAVEZ VALDOVINOS near Indio, California and he was voluntarily returned to Mexico the same day.

13. On or about October 13, 2009, United States Border Patrol arrested CHAVEZ VALDOVINOS near Nogales, Arizona and he was voluntarily retuned to Mexico the same day.

14. On or about February 26, 2014, CHAVEZ VALDOVINOS applied for admission into the United States at the port-of-entry in Andrade, California. CHAVEZ VALDOVINOS presented a valid United States passport card of another individual. A CBP officer noticed that CHAVEZ VALDOVINOS did not appear to match the photograph of the individual on the passport card, and CHAVEZ VALDOVINOS admitted that he falsely presented himself as the U.S. citizen. CHAVEZ VALDOVINOS was denied admission to the United States for making a false claim to United States citizenship and served with a Form I-860, Notice of Expedited Removal. CHAVEZ VALDOVINOS was removed from the United States to Mexico on the same day through Andrade, California.

15. On February 2, 2025, Customs and Border Protection Officers encountered CHAVEZ VALDOVINOS in his vehicle at the Ambassador Bridge in Detroit, Michigan after he was refused admission to Canada by Canada Border Services Agency (CBSA). CHAVEZ VALVODINOS claimed he was traveling from Utah to Canada with his girlfriend and two adult children to seek asylum in Canada because of fears that he would be deported to Mexico by United States immigration authorities. Canadian authorities denied his claim and returned him to the United States.

16. Upon his return across the bridge, CBP conducted an inspection and queried CHAVEZ VALDOVINOS in law enforcement and immigration databases. CBP Officers found a match to a record indicating that CHAVEZ VALDOVINOS had previously been removed from the United States to Mexico. CHAVEZ VALDOVINOS was referred to secondary inspection for further investigation.

17. In secondary inspection, CHAVEZ VALDOVINOS' fingerprints and photograph were captured and entered into the IDENT and IAFIS systems. The fingerprints returned with a positive match for Juan Carlos CHAVEZ VALDOVINOS, a native and citizen of Mexico who had previously been removed from the United States.

18. A review of CHAVEZ VALDOVINOS' immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that

CHAVEZ VALDOVINOS did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on February 26, 2014.

19. On February 3, 2025, CBP officers arrested CHAVEZ VALDOVINOS and served him with a Form I-871, Notice of Intent/Decision to Reinstate Prior Order. The arrest and subsequent detention of CHAVEZ VALDOVINOS was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

## CONCLUSION

20. Based on the above information, I believe there is probable cause to conclude that Juan Carlos CHAVEZ VALDOVINOS is native and citizen of Mexico who has previously been removed from the United States on or about February 26, 2014, at or near Andrade, California, and was thereafter found by immigration authorities in the United States, on or about February 2, 2025, in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the

21. Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

_____
Jeremy J. Ferguson, Enforcement Officer
U.S. Customs and Border Protection

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

February 6, 2025